UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NuNu G. Kollie, <br><br> Petitioner, <br><br> v. <br><br> Steven W. Tompkins, <br> *Sheriff, Suffolk County House of Correction,* <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-11517-MBB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

As explained in the accompanying memorandum of law, the Petition fails to state a claim of unlawful detention. This case should be dismissed and all other requested relief denied.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Annapurna Balakrishna*
Annapurna Balakrishna, BBO No. 655051
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3111
annapurna.balakrishna@usdoj.gov

### CERTIFICATION UNDER LOCAL RULE 7.1

I have not conferred with petitioner to try and narrow or resolve the issues raised in this motion because petitioner is pro se and Local Rule 7.1(a)(2) requires only "counsel" to confer.

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna

*Motion allowed.* /s/ NMGorton, USDJ 11/8/16